IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MICHELLE PEARSON TUCKER, | : | |
| Individually and as administrator of the | : | |
| ESTATE OF CLINTON VONDELL | : | |
| JACKSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:24-CV-215-CAR |
| WELLPATH, LLC; CENTURION | : | |
| DETENTION HEALTH SERVICES, LLC; | : | |
| LEWANA STREETER; BRIYANA INGRAM; | : | |
| and JADE BANKS, | : | |
| | : | |
| Defendants. | : | |

### ORDER ON JOINT MOTION TO SET ASIDE DEFAULT AS TO DEFENDANT WELLPATH, LLC

Before the Court is Plaintiff Michelle Pearson Tucker and Defendant Wellpath, LLC's Joint Motion to Set Aside Default as to Wellpath, LLC and Wellpath's request to file an out of time Answer to Plaintiff's Complaint. Because Wellpath filed this Motion immediately upon discovering its failure to answer, has shown that it did not willfully ignore the rules of the Court, has shown Plaintiff experienced no undue prejudice, and has asserted meritorious defenses, the Court **GRANTS** the parties' Joint Motion to Set Aside Default [Doc. 15] and hereby SETS ASIDE the Clerk's entry of default on September 11, 2024, against Defendant Wellpath. Defendant Wellpath is **DIRECTED** to immediately file its Answer [Doc. 15-1] as a separate entry on the docket.

1

**SO ORDERED,** this 18th day of September, 2024.

                                            S/ C. Ashley Royal_____
                                            C. ASHLEY ROYAL, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT