UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHELE PEARSON TUCKER, individually and as administrator of the ESTATE OF CLINTON VONDELL JACKSON,<br><br>  Plaintiff,<br><br> v.<br><br>WELLPATH LLC, et al.,<br><br>  Defendants. | Case No. 5:24-CV-215 (CAR) |

## ORDER

Upon review, Plaintiff's Motion [Doc. 78] for an Order allowing her counsel to communicate with incarcerated witnesses is **GRANTED**. Counsel for Plaintiff and counsel for the Georgia Department of Corrections shall arrange a series of private legal calls between counsel for Plaintiff and no more than 12 incarcerated persons who lived at Macon State Prison.

**SO ORDERED**, this the 6th day of January 2026.

         <u>S/ C. Ashley Royal</u>
         C. ASHLEY ROYAL, SENIOR JUDGE
         UNITED STATES DISTRICT COURT

Prepared and Presented by:

*/s/ Andrew Canter*
Georgia Bar No. 365212
Co-counsel for Plaintiff