**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| MICHELE PEARSON TUCKER, individually and as administrator of the ESTATE OF CLINTON VONDELL JACKSON, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:24-CV-215 (CAR) |
| | ) | |
| v. | ) | |
| | ) | |
| WELLPATH LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is before the Court on Defendants' Motion for Order allowing counsel for all Defendants to communicate with incarcerated witnesses. Upon due consideration, the motion [Doc. 88] is hereby **GRANTED**. Counsel for all Defendants and counsel for the Georgia Department of Corrections shall arrange a series of private legal calls between counsel for all Defendants and no more than 12 inmates who were incarcerated at Macon State Prison at or around the time of the events giving rise to this action.

**SO ORDERED**, this the 26th day of January 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Prepared and Presented by:

*/s/ Andrew Canter*
Georgia Bar No. 365212
Co-counsel for Plaintiff