**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| MICHELE PEARSON TUCKER, individually and as administrator of the ESTATE OF CLINTON VONDELL JACKSON, | ) ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:24-CV-215 (CAR) |
| | ) | |
| v. | ) | |
| | ) | |
| WELLPATH LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is before the Court on Defendants' Consent Motion for Leave to Take the Depositions of Non-Party Prisoners Ricky Dannell Nelson, Bradford Patrick Webb, and Deandre Sadarius Whitfield, state prisoners in the custody of the Georgia Department of Corrections, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). Upon due consideration, the Motion [Doc. 92] is hereby **GRANTED**.

**SO ORDERED**, this the 27th day of February 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT